■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK PAULK, Appellant. [753 NYS2d 797] —Appeal from a judgment of Seneca County Court (Bender, J.), entered February 21, 2001, convicting defendant upon his plea of guilty of, inter alia, criminal sale of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737). Present—Pine, J.P., Wisner, Kehoe, Burns and Gorski, JJ.